## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| David George Lusick, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 1952 C.D. 2015 |
| | : | |
| Lynne Abraham, Elizabeth | : | |
| Varki Jobes, John Hunter Bennett, | : | |
| Thomas Dolgenos, Robert M. Falin, | : | |
| Ronald Eisenberg, Arnold Gordon, | : | |
| Lynne Herbert O'Connor, | : | |
| Karen Brancheau, Hugh J. Burns, | : | |
| Brad Bender, Andrew Klein | : | |

# **O R D E R**

NOW, September 7, 2017, having considered appellant's application for reargument/reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge